Certificate Number: 05781-OHN-DE-041456832

Bankruptcy Case Number: 26-12099

05781-OHN-DE-041456832

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2026, at 1:01 o'clock PM PDT, Moneeke Davis-Tyler completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: September 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President